FILED
2013 SEP 13 PM 4:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HURLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>JEFF SMITH; DENISE SMITH; GAIL A. SMITH; DOES 1 TO 20,<br><br>  Defendants. | CASE NO. SACV 13-01364UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court remands this unlawful detainer action to state court summarily because defendants Jeff Smith, Denise Smith, and Gail A. Smith ("Defendants") removed it improperly.

On September 3, 2013, Defendants, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

///

1    Simply stated, Plaintiff could not have brought this action in federal court in the
2    first place, and Defendants do not competently allege facts supplying either diversity or
3    federal-question jurisdiction. Therefore, removal is improper. 28 U.S.C. § 1441(a); *see*
4    *Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L.
5    Ed. 2d 502 (2005). Even if complete diversity of citizenship exists, the amount in
6    controversy does not exceed the diversity-jurisdiction threshold of $75,000. *See* 28
7    U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites that
8    the amount in controversy does not exceed $10,000. Nor does Plaintiff's unlawful
9    detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

10   Defendants are further notified and warned that any subsequent attempts to
11   remove the underlying state unlawful detainer action to this Court will be improper and
12   will constitute vexatious conduct that the Court will address by way of punitive remedial
13   measures, which may include having Defendants designated as vexatious litigants and
14   barred from commencing any further removal actions with respect to the underlying state
15   unlawful detainer action.

16   Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
17   Superior Court of California, Orange County, 4601 Jamboree Road, Newport Beach,
18   California, 92660, for lack of subject matter jurisdiction pursuant to 28 U.S.C.
19   § 1447(c); (2) that the clerk send a certified copy of this Order to the state court; and (3)
20   that the clerk serve copies of this Order on the parties.

22   IT IS SO ORDERED.

24   DATED: 9/11/13

GEORGE H. KING
CHIEF JUDGE